Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE D. GAY, on behalf of herself
and all others similarly situated.  )
       vs.                  )      Civil Action No. 06-398
NCO INANCIAL SYSTEMS, INC.  )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Cary Flitter, Esq. to represent Renee D. Gay, Plaintiff in this matter.

Signed: _____
David P. Cline, Esquire (# 2681)
(Movant's Name and Delaware State Bar Identification Number) David P. Cline, Esquire (# 2681)
(Movant's Address) 1300 N. Market Street, Suite 700, Wilmington, DE 19899-0033
(Movant's Telephone Number) 302-529-7848

Attorney for: Renee D. Gay, et. al, Plaintiff

Date: 06-22-06

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennslvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____
Cary Flitter, Esquire
Date: 6/26/06

(Applicant's Address)

Cary Flitter, Esquire
LUNDYM, FLITTER, BELDECOS, & BERGER, P.C
ATTORNEYS AT LAW
450 Narberth Avenue
Narberth, PA 19072