Refer to: PI06-16859
Document No. 302287

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE D. GAY, on behalf of herself and all others similarly situated, 307 Bald Eagle Way Middletown, DE 19709 )<br><br>Plaintiff, )<br><br>vs. )<br><br>NCO FINANCIAL SYSTEMS, INC. 507 Prudential Road Horsham, PA 19044 )<br><br>Defendant. ) | ) C. A. No.  06-398 (KAJ)<br>)<br>)<br>)<br>)<br>) ARBITRATION<br>)<br>)<br>)<br>) TRIAL BY JURY OF 12 DEMANDED<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Miranda D. Clifton, Esquire, of Heckler & Frabizzio, Suite 200, The Corporate Plaza, 800 Delaware Avenue, P.O. Box 128, Wilmington, DE 19899-0128, on behalf of Defendant. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitation defect which may be available.

HECKLER & FRABIZZIO

*/s/ Miranda Clifton*
MIRANDA D. CLIFTON, I.D. #4081
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date: July 17, 2006

## CERTIFICATE OF SERVICE

I, Miranda D. Clifton, Esquire, hereby certify that on the 17th day of July 2006 two true and correct copies of the Entry of Appearance were attached and forwarded to counsel listed below via first class mail:

David P. Cline, Esquire
1300 N. Market Street, Suite 700
Wilmington, DE 19801

Cary L. Flitter, Esquire
Theodore E. Lorenz
Lundy, Flitter, Beldecos & Berger, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

David A. Searles
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

HECKLER & FRABIZZIO

*Miranda Clifton*
MIRANDA D. CLIFTON, I.D. #4081
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant