IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE D. GAY, on behalf of herself )
and all others similarly situated )
)
Plaintiff, )          CASE NO. 06-cv-00398
)
v. )
)
NCO FINANCIAL SYSTEMS, INC. )
)
Defendant. )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves

the admission *pro hac vice* of David Israel to represent defendant, NCO Financial

Systems, Inc., (hereinafter "NCO"), in this matter.

Signed: _Miranda Clifton_

Miranda D. Clifton, Esq. (#4081)
HECKLER & FRABIZZIO
800 Delaware Ave., Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
Telephone: (302) 573-4800
mclifton@hfddel.com

Attorney for defendant.

Dated: _August 2_, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is

granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED RPO HACE VICE

Pursuant to Local Rule 83.5, I certify that I am eligible to admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

_____
DAVID ISRAEL

DATE: _____7/20/06_____

SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Ste. 1240
Metairie, LA  70002-1752
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737

Refer to: PI06-16859
Document No. 305024

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RENEE D. GAY, on behalf of herself and
all others similarly situated,

      Plaintiff,

      vs.

NCO FINANCIAL SYSTEMS, INC.

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

C. A. No.   06-398 (KAJ)

ARBITRATION

TRIAL BY JURY OF 12 DEMANDED

## CERTIFICATE OF SERVICE

I, Miranda D. Clifton, Esquire, hereby certify that on the 4th day of August 2006 two true and correct copies of the Motion and Order for Admission Pro Hac Vice of David Israel were forwarded to the individual listed below via first class mail:

David P. Cline, Esquire
David P. Cline, PA
1300 N. Market Street, Suite 700
Wilmington, DE  19801

David A. Searles
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103

Cary L. Flitter, Esquire
Theodore E. Lorenz
Lundy, Flitter, Beldecos & Berger, P.C.
450 N. Narberth Avenue
Narberth, PA  19072

HECKLER & FRABIZZIO

MIRANDA D. CLIFTON, I.D. #408
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date:  August 4, 2006