LUNDY, FLITTER, BELDECOS & BERGER, P. C.
ATTORNEYS AT LAW
450 N. NARBERTH AVENUE
NARBERTH, PA 19072
(610) 668-0770
FAX (610) 667-0552

MARLTON, NJ
(856) 338-1300

STUART R. LUNDY
CARY L. FLITTER
ANTHONY J. BELDECOS
PHILLIP D. BERGER
ERIC C. MILBY
THEODORE E. LORENZ
SUZANNE G. REISMAN
C. SCOTT SPEAR
JACOB R. FISHER

EMAIL: CFLITTER@LFBB.COM
DIRECT DIAL: 610-822-0782

September 7, 2006

**VIA FEDERAL EXPRESS**
Honorable Kent A. Jordan
United States District Judge
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801

**RE:   Renee D. Gay v. NCO Financial Systems, Inc.**
**Civil Action No. 06-398-KAJ**

Dear Judge Jordan:

     We are co-counsel, with David P. Cline, for Renee D. Gay and the putative class in the above-captioned action.  This letter is a joint request.

     Your Honor wrote to counsel on August 29, 2006 advising the parties to confer and to call your chambers respecting the dates of a scheduling order in the above case.

     The <u>Gay</u> case is one of three similar consumer class action cases now pending against NCO Financial Systems, Inc.  <u>Townes v. NCO Financial Systems</u> and <u>Edwards v. NCO Financial Systems</u> are pending in the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, respectively.

     We met at length with defense counsel in a conference before Judge Mary McGlaughlin in the Eastern District of Pennsylvania earlier this month to discuss these cases in earnest and the prospect for global settlement.  Although the matter is not settled at this time, progress has been made, and we are to report back to Judge McGlaughlin by Thursday, September 21, 2006 as to whether these matters are settled, or nearly so.

     In the hopes to conserve the time at the court, as well as the lawyers of the parties, I write on consent to request until September 29, 2006 to contact chambers with respect to the scheduling order per your Honor's letter.  *Cf.* Fed.R.Civ.P. 1.  This represents thirty (30) days from the date of your Honor's letter.

     I would appreciate chambers advice on this joint request.

Honorable Judge Kent A. Jordan
September 7, 2006
Page 2

_____

    I certify that a copy of this letter has been served upon all counsel.

                    Respectfully yours,

                    CARY L. FLITTER

CLF:amd
cc:    David P. Cline, Esq. (via facsimile)
       David Israel, Esq. (via facsimile)
       Miranda D. Clifton, Esq. (via facsimile)
       Theodore E. Lorenz, Esq.
clf\gay-nco\correspondence\attorney-court\jordan090706let

*[Handwritten:]*

Respectfully Submitted

David P. Cline (#2681)
1300 N. Market St.
Suite 700
Wilmington DE
19899-0033
302-529-7848
Co-Counsel for
Plaintiffs