# David P. Cline

*davidcline@mylawman.com*    *Attorney-at-Law*    Let Mylawman become Yourlawman.™

                                    1300 N MARKET ST, SUITE 700         PHILADELPHIA, PA 19103
**LICENSED TO PRACTICE IN**         PO BOX 33                            MEDIA, PA 19063
 *DE MD NJ NY & PA*                 WILMINGTON DE 19899-0033             MT LAUREL, NJ 08054
                                    302  529 - 7848
FAX 302 654-0884                    302 LAW-SUIT

*PLEASE AMEND YOUR RECORDS TO USE THE PO BOX AND ZIP CODE LISTED ABOVE*

**November 2, 2006**

**HONORABLE KENT A. JORDON**
**UNITED STATES DISTRICT JUDGE**
**LOCKBOX 10**
**844 KING STREET, US COURTHOUSE**
**WILMINGTON, DE 19801**

Re:   Renee D. Gay v. NCO Financial Systems, Inc.
      C.A. No: 06-398-KAJ

Dear Judge Jordan:

       I write to confirm that this class action has settled in principle and that the parties are working on memorializing the terms of the settlement. The settlement in this case will be subsumed as part of a larger national class settlement arising out of a similar filed case pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable Mary J. McLaughlin. That case is captioned *Minnie Mills Townes, on behalf of herself and all others similarly situated v. NCO Financial Systems, Inc.*, Docket No. 06-cv-1305. The action in Pennsylvania will now become a National Class Action settlement.

       The confirmatory discovery could take as long as six months. I would respectfully ask that this matter be stayed pending the completion of the confirmatory discovery

       If your Honor requires additional information or has any questions, please contact me.

                              Respectfully Submitted,



                              David P. Cline

DPC/AS/a

cc:   Cary L. Flitter, Esq.
      David Isreal, Esq.
      Joan Depfer, Esq.
      David Searles, Esq.

*Balancing the Scales of Justice in Favor of the Injured.*™