IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
OCT 05 2007
H & F

| | | |
|---|---|---|
| RENEE D. GAY, on behalf of herself and all others similarly stated | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 06-cv-00398 |
| v. | ) ) ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties through their counsel that all claims are hereby dismissed with prejudice. Each party to bear its own costs.

DAVID P. CLINE, P.A.

_____
DAVID P. CLINE (#2681)
715 North King Street, 1st Floor
P.O. Box 33
Wilmington, DE 19899-0033

HECKLER & FRABIZZIO, P.A.

_____ 10/5/07
GEORGE B. HECKLER, JR. (#753)
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

Dated: 10/17/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE D. GAY, on behalf of herself and all others similarly stated )<br><br>Plaintiff, )<br><br>v. )<br><br>NCO FINANCIAL SYSTEMS, INC. )<br><br>Defendant. ) | CASE NO.: 06-cv-00398 |

## CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 17th day of October, 2007, two copies of the Stipulation of Dismissal were filed electronically via CM/ECF Pacer and sent by U.S. Mail and to:

GEORGE B. HECKLER, JR.
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

By:   /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 North Market Street
Suite 700
Wilmington, De 19801
302-529-7848
*Attorney for Plaintiff*

Date:   10/17/07